IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3046 |
| vs. | ORDER |
| RICKEY G. MCALEVY, JR., | |
| Defendant. | |

This matter is before the Court on the government's suggestion of death and motion to dismiss (filing 46). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment as to the above-captioned defendant.

IT IS ORDERED that the indictment is dismissed without prejudice as to Rickey G. McAlevy, Jr. only.

Dated this 27th day of August, 2021.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge